# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132076

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DWAN CHATMAN,
      Defendant-Appellant.

SC: 132076
COA: 267783
Wayne CC: 01-009554-01

_____/

On order of the Court, the application for leave to appeal the July 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

_____
Clerk

d1206